886

UNITED STATES of America,
Plaintiff—Appellee,

v.

Anttwaine Mandwell DUNLAP,
Defendant—Appellant.

No. 09–6112.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 2, 2009.

Decided: July 15, 2009.

Anttwaine Mandwell Dunlap, Appellant Pro Se. Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anttwaine Mandwell Dunlap appeals the district court's order denying his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dunlap*, No. 4:03–cr–00070–RBS–FBS–1 (E.D.Va. Dec. 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*